```
FILED
MAR 0 9 2020
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

ROBERT S. BREWER, JR.
United States Attorney
ALEXANDRA F. FOSTER
Assistant U.S. Attorney
Washington, D.C. Bar No. 470096
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6735
Email: alexandra.foster@usdoj.gov

Attorneys for the United States

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KIRILL VICTOROVICH FIRSOV, <br><br> Defendant. | Case No.: 20MJ1029 <br><br> **UNITED STATES' MOTION TO UNSEAL COMPLAINT** |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Robert S. Brewer, Jr., United States Attorney, and Alexandra F. Foster, Assistant United States Attorney, and hereby moves this Court for an order unsealing the complaint in the above-captioned matter. The Defendant was arrested at John F. Kennedy Airport on Saturday, March 7, 2020. I am asking that this Complaint be unsealed, so that he can be properly processed through the Eastern District of New York.

DATED: March 9, 2020

Respectfully submitted,

ROBERT S. BREWER, JR.
United States Attorney

*s/Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant United States Attorney