

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

United States of America, Plaintiff,

v.

Kirill Victorovich Firsov, Defendant.

Case No. 20-MJ-1029

**PRO HAC VICE APPLICATION**

Kirill Victorovich Firsov
(Party Represented)

I, Igor B. Litvak (Applicant), hereby petition the above entitled court to permit me to appear and participate in this case and in support of petition state:

My firm name: The Litvak Law Firm, PLLC
Street address: 1733 Sheepshead Bay Road, Suite 22
City, State, ZIP: Brooklyn, NY 11235
Phone number: 718-989-2908
Email: Igor@LitvakLawNY.com

That on 05/22/2013 (Date) I was admitted to practice before New York State Courts (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have ☑ have not concurrently or within the year preceding this application made any pro hac vice application to this court.

*(If previous application made, complete the following)*

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted  ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

George Gedulin, Esq. (Name)   858-333-5231 (Telephone)
Law Office of George Gedulin (Firm)
12631 High Bluff Drive, Suite 400 (Street), San Diego (City) CA 92130 (Zip code)

(Signature of Applicant)

I hereby consent to the above designation.

(Signature of Designee Attorney)