CLOSED

# U.S. District Court
## Eastern District of New York (Brooklyn)
### CRIMINAL DOCKET FOR CASE #: 1:20-mj-00236-PK-1

| | |
|---|---|
| Case title: USA v. Firsov | Date Filed: 03/09/2020 |
| | Date Terminated: 03/09/2020 |

Assigned to: Magistrate Judge Peggy Kuo

**Defendant (1)**

| | | |
|---|---|---|
| **Kirill Victorovich Firsov**<br>TERMINATED: 03/09/2020 | represented by | **Michelle A. Gelernt**<br>Federal Defenders of New York<br>One Pierrepont Plaza, 16th Floor<br>Brooklyn, NY 11201<br>718-330-1204<br>Fax: 718-855-0760<br>Email: michelle_gelernt@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1029A.F | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Robert Marshal Pollack**<br>USAO-Edny<br>271-A Cadman Plaza East<br>Brooklyn, NY 11201<br>718-254-6232<br>Email: robert.pollack@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/09/2020 | 1 | RULE 5 AFFIDAVIT/REMOVAL TO THE SOUTHERN DISTRICT OF CALIFORNIA by USA as to Kirill Victorovich Firsov (Chin, Felix) (Entered: 03/10/2020) |
| 03/09/2020 | | Arrest (Rule 5) of Kirill Victorovich Firsov (Chin, Felix) (Entered: 03/10/2020) |
| 03/09/2020 | 2 | Minute Entry for proceedings held before Magistrate Judge Peggy Kuo:Arraignment as to Kirill Victorovich Firsov (1) Count Complaint held on 3/9/2020, Attorney Appointment Hearing as to Kirill Victorovich Firsov held on 3/9/2020, Initial Appearance in Rule 5(c)(3) Proceedings as to Kirill Victorovich Firsov held on 3/9/2020. AUSA Robert Pollack present. Dft present w/federal defender Michelle Gelernt. Russian interpreter Yana Agoureev present. Removal proceeding to the Southern District of California hearing held. Dft waives identity hearing. Commitment to another district order entered. (Log # 3/9/20 3:22-3:39.) (Chin, Felix) (Entered: 03/10/2020) |
| 03/09/2020 | 3 | COMMITMENT TO ANOTHER DISTRICT as to Kirill Victorovich Firsov. Defendant committed to the Southern District of California. Ordered by Magistrate Judge Peggy Kuo on 3/9/2020. (Chin, Felix) (Entered: 03/10/2020) |
| 03/09/2020 | 4 | WAIVER of Rule 5(c)(3) Hearing by Kirill Victorovich Firsov (Chin, Felix) (Entered: 03/10/2020) |
| 03/09/2020 | 6 | Notice to the Southern District of California of a Rule 5 or Rule 32 Initial Appearance as to Kirill Victorovich Firsov. Your case number is: 20MJ1029. Docket sheet and documents attached. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Chin, Felix) (Entered: 03/10/2020) |
| 03/10/2020 | 5 | ORDER as to Kirill Victorovich Firsov. Ordered by Magistrate Judge Peggy Kuo on 3/10/2020. (Chin, Felix) (Entered: 03/10/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/22/2020 18:07:25 | | | |
| **PACER Login:** | Gosha1979 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-mj-00236-PK |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |