UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

KIRILL VICTOROVICH FIRSOV,

        Defendant.

- - - - - - - - - - - X

ORDER

20-MJ-236

        Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Robert M. Pollack, with the consent of defense counsel and the United States Marshal for the Eastern District of New York, and good cause having been shown;

        IT IS HEREBY ORDERED that the Federal Bureau of Investigation ("FBI"), including but not limited to Special Agents Jordan K. Goettsche, Jason M. Pearson, and Charles W. Chabalko, be permitted to take custody of KIRILL VICTOROVICH FIRSOV (Bureau of Prisons Register No. 83815-053) from the United States Marshals Service (the "Marshals") at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 (the "Courthouse"), at 6:00 a.m. or as soon as practicable thereafter on March 11, 2020, and to transport him to the Southern District of California;

        IT IS FURTHER ORDERED that, the right to counsel having been invoked, KIRILL VICTOROVICH FIRSOV may not be questioned by the FBI or other law

enforcement agents during the aforementioned transport to the Southern District of

California;

Dated:    Brooklyn, New York
           March 10, 2020

                                                        _____
                                                        THE HONORABLE PEGGY KUO
                                                        UNITED STATES MAGISTRATE JUDGE
                                                        EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
– – – – – – – – – – – –X

UNITED STATES OF AMERICA

    - against -

KIRILL VICTOROVICH FIRSOV,

    Defendant.

– – – – – – – – – – – –X

ORDER

20-MJ-236

      RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Robert M. Pollack, submits this application for an order allowing that agents of the Federal Bureau of Investigation ("FBI"), including but not limited to Special Agents Jordan K. Goettsche, Jason M. Pearson, and Charles W. Chabalko, take custody of KIRILL VICTOROVICH FIRSOV (Bureau of Prisons Register No. 83815-053), from the United States Marshals Service (the "Marshals") at the United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, NY 11201 (the "Courthouse"), at 6:00 a.m. or as soon as practicable thereafter on March 11, 2020, and to transport him to the Southern District of California;

      1.    On or about March 6, 2020, the United States District Court for the Southern District of California issued an arrest warrant commanding the arrest of the defendant KIRILL VICTOROVICH FIRSOV in connection with a complaint charging the defendant with (i) one count of fraud in connection with access devices, in violation of Title 18, United States Code, Sections 2, 1029(a)(6)(A) and 1029(c)(1)(a)(i); and (ii) one count of fraud in connection with identification documents, authentication features, and information,

in violation of Title 18, United States Code, Sections 2, 1028(a)(8) and 1028(b)(1)(A)(i).

2. On or about March 7, 2020, the defendant KIRILL VICTOROVICH FIRSOV arrived at John F. Kennedy International Airport in Queens, New York, aboard Aeroflot flight SU 100 from Moscow, Russia, and was subsequently arrested pursuant to the aforementioned arrest warrant.

3. On March 9, 2020, the defendant KIRILL VICTOROVICH FIRSOV was brought before the Honorable Peggy Kuo, United States Magistrate Judge, Eastern District of New York, and ordered removed to the Southern District of California in the custody of the United States Marshals Service.

4. The government subsequently became aware that the aforementioned FBI agents, who came to the Eastern District of New York from the Southern District of California and will return to the Southern District of California on March 11, 2020, are willing to transport the defendant in their custody.

5. The United States Marshals Service has been advised of and consents to this application.

6. KIRILL VICTOROVICH FIRSOV's defense counsel in this matter, Michelle Gelernt, Esq., has been advised of and consents to this application, on the condition that the order indicate that the defendant has invoked his right to counsel and cannot be questioned by law enforcement during the aforementioned transport.

WHEREFORE it is respectfully requested that this Court issue an order permitting the FBI to take custody of KIRILL VICTOROVICH FIRSOV (Bureau of Prisons

Register No. 83815-053) from the Courthouse at 6:00 a.m. or as soon as practicable thereafter on March 11, 2020, and to transport him to the Southern District of California.

Dated: Brooklyn, New York
March 9, 2020

                         RICHARD P. DONOGHUE
                         UNITED STATES ATTORNEY
                         EASTERN DISTRICT OF NEW YORK

By:   /s/_____
       Robert M. Pollack
       Assistant United States Attorney
       Eastern District of New York
       (718) 254-6232