| BP-A377.058 FEB 04 | **PRISONER REMAND** CDFRM | |
|---|---|---|
| **U.S. DEPARTMENT OF JUSTICE** | | **FEDERAL BUREAU OF PRISONS** |

ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs.

| | | | |
|---|---|---|---|
| Register Number | | | P I C T U R E |
| Name: Last **Firsov** | First **Kirill** | Middle **Victorovich** | |
| AKAs: | | | |

| Race (Check) __B ✓W __A __I | Sex (Check) ✓M __F | Ethnic Origin (Check) __Hispanic or __Other | D.O.B. ■ | SSN: ■ | FBI: INS: Other: |
|---|---|---|---|---|---|

**CHARGES**
CHECK CATEGORY OF CHARGES(S):
✓ FELONY  ___ MISDEMEANOR  ___ CIVIL CONTEMPT  ___ MATERIAL WITNESS
OTHER

NARRATIVE:
Title: **18** USC: **1029** Fraud and related activity in connection with access devices
NARRATIVE:
Title: **18** USC: **1028** Fraud and related activity in connection with identification documents, authentication features and information.

Date of Offense: **03/04/2020**   Date of Arrest: **03/07/2020**   Place of Arrest: **JFK Airport - Queens, NY**

| State of Birth ■ | Country of Birth ■ | Citizenship ■ | Current Address ■ Russia |
|---|---|---|---|

| Height Ft: **5** In: **11**  182 cm | Weight **196 lb**  89kg | Hair **Brown** | Eyes **Brown** | Scars / Marks / Tattoos ∅  ∅  ∅ |
|---|---|---|---|---|

| Injuries / Medication ∅ | Emergency Contact:(Name, Address, Phone Number) |
|---|---|

| Arraigned __Y ✓N | Sentenced __Y ✓N | Special Handling: __Y ✓N Remarks: |
|---|---|---|

| IN | IN | IN | IN | IN |
|---|---|---|---|---|
| Remanding Official (Name) Sign Print | | Agency/District | | Phone/24 Hour Number |
| OUT | OUT | OUT | OUT | OUT |
| Removing Official (Name) Sign Print | | Agency/District | | Phone/24 Hour Number |

**FOR BOP USE ONLY**

| Receiving Official (Name) Sign Print **Brett Somerville/HHH** | Date / Time **7:50pm 7MAR20** | Releasing Official (Name) Sign Print **Charles Chabalko** | Date / Time **3/7/20 1957** |
|---|---|---|---|

| Sentry Load Data: (Must Initial) Name Search Completed by: ___ Clearance/Separate Checked by: ___ | (OPTIONAL USE) ARS Code ___ Add AKA's Create Cash Account Deposit Cash ___ Amt. ___ Detainers Court Clothing Bag-# | Staff Init. ___ | RIGHT THUMBPRINT |
|---|---|---|---|

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-For Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

(This form may be replicated via WP)     This form replaces BP-S377(58) and BP-377(58) of JUL 91

BP-A377.058   **PRISONER REMAND**   CDFRM
FEB 04
**U.S. DEPARTMENT OF JUSTICE**                                FEDERAL BUR

2020-03-09

ARRESTING OFFICER WILL COMPLETE ALL REQUIRED DATA ON THIS FORM PRIOR TO COMMITTING TO MCC/MDCs.

Register Number: 83815-053

Name: Last: Firsov   First: Kirill   Middle: Victorovich

AKAs:

Race (Check): _B_ ✓W _A_ _I_
Sex (Check): ✓M _F_
Ethnic Origin (Check): _Hispanic or_ _Other_
D.O.B: [redacted] 91
SSN:
FBI:
INS:
Other:

CHARGES
CHECK CATEGORY OF CHARGES(S):
✓ FELONY   ___ MISDEMEANOR   ___ CIVIL CONTEMPT   ___ MATERIAL WITNESS
OTHER

NARRATIVE Title: 18  USC: 1029  Fraud and related activity in connection with access devices
NARRATIVE Title: 18  USC: 1028  Fraud and related activity in connection with identification documents, authentication features and information.

Date of Offense: 03/04/2020   Date of Arrest: 03/07/2020   Place of Arrest: JFK Airport - Queens, NY

State of Birth: [redacted]
Country of Birth: [redacted]
Citizenship: [redacted]
Current Address: [redacted], Russia

Height Ft: 5 In: 11   182 cm
Weight: 196 lb   89 kg
Hair: Brown
Eyes: Brown
Scars / Marks / Tattoos: ∅   ∅   ∅

Injuries / Medication: ∅

Emergency Contact: (Name, Address, Phone Number)

Arraigned Y ✓N
Sentenced Y ✓N
Special Handling: __Y or ✓N
Remarks:

IN
Remanding Official (Name)
Sign: [signature]
Print: Charles W. Chabalko
Agency/District: FBI / EDNY
Phone/24 Hour Number: 858-583-  320-1800

OUT
Removing Official (Name)
Sign:
Print:
Agency/District:
Phone/24 Hour Number:

**FOR BOP USE ONLY**

Receiving Official (Name)
Sign: [signature]
Print: Brett Somerville/HHH
Date/Time: 7:30pm  7Mar20

Releasing Official (Name)
Sign: [signature] R. Tague  10:10 AM 3/10/2020
Print: Charles Chabalko  3/7/20  1957R

Sentry Load Data: (Must Initial) Name Search Completed by:
Clearance/Separate Checked by:

(OPTIONAL USE)
ARS Code: A-Pre   Staff Init.
Add AKA's
Create Cash Account
Deposit Cash  Amt.
Detainers
Court
Clothing Bag #

RIGHT THUMBPRINT

Original-for ISM as Remanding-Removal receipt; Copy-for Control as Removal Receipt (NCIC); Copy-for Removing Official; Copy-for Control as Remanding Receipt (Inmate); Copy-INS-Alien in Custody.

(This form may be replicated via WP)   This form replaces BP-S377(58) and BP-377(58) of JUL 91

*Medical Attached*

```
BROEX  535*08  *      FEDERAL BUREAU OF PRISONS          *    03-10-2020
PAGE 001       *        IN-TRANSIT DATA FORM             *    11:33:17


NAME.......: FIRSOV, KIRILL VICTOROV
REGISTER NO: 83815-053                 DOB (AGE):
RACE / SEX.: WHITE / MALE              ETHNIC...: OTHER THAN HISP
RESIDENCE..: MYTISCHI, RS              RSP OF...: BRO A-PRE

DESTINATION: FBI/CA                    LEVEL/CUSTODY: UNASSG    /IN
                                       PROJ REL DATE:
ESCAPE.....:                           DETAINERS....: NO
VIOLENCE...:                           NOTIFICATIONS: NO
HGT.: 511      HAIR: BN                PSYCH ALERT..: NO
WGT.: 196      EYES: BN
OFFN/CHG RMKS: TITLE 18 USC1028 FRAUD IN CONNECTION WITH IDENTIFICATION
               TITLE 18 USC1029 FRAUD IN CONNECTION WITH ACCESS DEVICES

  *NOTE* SENSITIVE-LIMITED OFFICIAL USE CMC AND SEPARATEE HARDCOPY DATA ATTACHED
```

*******************************************

GENERAL PHYSICAL APPEARANCE (COMMENTS):

*See photo*

LIST ANY NON-ROUTINE SECURITY NEEDS:

*Routine*

| | |
|---|---|
| Last Name | FIRSOV |
| First Name | KIRILL |
| Middle Name | VICTOROV |
| Height | 5'11'' |
| Weight | 196 |
| Hair | BROWN |
| Eye | BROWN |
| Regno | 83815-053 |
| Facility | BRO |

2020-03-09

NAME OF NEAREST RELATIVE OF INMATE: _____

CITY AND STATE OF RELATIVE........: _____

ADDITIONAL COMMENTS:

***********************************************************************

NOTE:   STATEMENT TO TRANSPORTING OFFICER:
"SENSITIVE - LIMITED OFFICIAL USE DOCUMENT - SECURITY MUST BE MAINTAINED."

TRANSPORTING OFFICER: _____   AGENCY: _____

PREPARED BY: V. MASON          TITLE: SCSS          DATE: 03-11-2020

```
BROEX  535*08 *          FEDERAL BUREAU OF PRISONS           *     03-10-2020
PAGE 002 OF 002 *        CIM CLEARANCE AND SEPARATEE DATA    *     11:33:17

REGISTER NO: 83815-053 NAME: FIRSOV

REGISTER                    FIRST    ARS ARS          ARS         ARS   QTR
NUMBER     LAST NAME         NAME    FCL ASSIGN       DATE        TIME ASSIGN

83815-053 FIRSOV             KIRILL  BRO A-PRE        03-09-2020 1910 G01-414L
```

```
*****      FOI EXEMPT

P0011      THIS INMATE HAS NO CMC ASSIGNMENTS
```